## IN THE UNITED STATES DISTRICT COURT
## FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| D.S.B. and D.A.B., by their friend and parent, C.B., | : | Civil Action No. 2:13-cv-01129 |
| Plaintiffs, | : | The Honorable Joy Flowers Conti |
| vs. | : | *Electronically Filed* |
| PITTSBURGH PUBLIC SCHOOLS, | : | |
| Defendant. | : | |

### STIPULATION OF DISMISSAL

The parties hereby stipulate and agree that Plaintiffs' claims in the above-captioned action be dismissed with prejudice.

| | |
|---|---|
| CAMPBELL DURRANT BEATTY PALOMBO & MILLER, P.C. | STEELE SCHNEIDER |
| _s/ Brian P. Gabriel_ | _s/ Charles E. Steele_ |
| Brian P. Gabriel (PA 73132) | Charles E. Steele (PA 36583) |
| bgabriel@cdblaw.com | charliesteele@steeleschneider.com |
| Julie A. Aquino (PA 206701) | Christopher N. Elnicki (PA 317000) |
| jaquino@cdblaw.com | chriselnicki@steeleschneider.com |
| 535 Smithfield Street, Suite 700 | 428 Forbes Avenue, Suite 700 |
| Pittsburgh, PA 15222 | Pittsburgh, PA 15219 |
| TEL: (412) 395-1280 | (412) 235-7682 |
| | (412) 235-7693/facsimile |
| *Counsel for Defendant* | *Counsel for Plaintiff* |

### ORDER

AND NOW, this _____ day of _____, 2014, it is so ORDERED.

_____
Joy Flowers Conti
United States District Judge

{DocNo=00307831.1 }